IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
UNITED STATES OF AMERICA           : CASE NO.  1:05 CR 0131-35
                                   :
                    Plaintiff      :
                                   :
         -vs-                      : ORDER
                                   :
                                   :
GEORGE LEBREUX                     :
                                   :
                    Defendant      :
------------------------------------------------------- 

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     The Court has before it two motions brought, first, by defendant George Lebreux, acting pro se (Docket No. 486), and then by his attorney, Michael Puterbaugh.  (Docket No. 488).  First, in a letter to the Court on 12 October 2005, Mr. Lebreux sought to terminate his retained counsel, Mr. Puterbaugh, and asked the Court to appoint new counsel at public expense.  On 18 October 2005, Mr. Puterbaugh placed before the Court his motion to withdraw as Mr. Lebreux's counsel, citing defendant's pro se motion as grounds for withdrawal.  The government opposes neither motion.

     On 24 October 2005, the Court convened the government, represented by AUSA Robert Bulford, along with Mr. Lebreux's retained counsel, Mr. Puterbaugh, as well as Mr. Lebreux, for a hearing on these matters.  At the hearing, Mr. Lebreux completed and submitted a financial affidavit attesting to his eligibility for a Court appointed

attorney. In addition, during his extended financial discussions with the Court , Mr. Lebreux reiterated his inability to retain Mr. Puterbaugh.

Upon review, the Court determines that Mr. Lebreux is financially eligible to receive appointed counsel, pursuant to Fed. R. Civ. P. 44(a), and 18 U.S.C. § 3006A(a) & (b). The Court releases Mr. Puterbaugh from further representation in this case and appoints Jerome Emoff, 55 Public Square, Suite 1300, Cleveland, Ohio 44113, 216-781-3434, as new counsel for the defendant in this matter. To facilitate that representation, Mr. Puteraugh shall relinquish his file on the matter.

IT IS SO ORDERED.

    /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: <u>25 October 2005</u>